**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 12-1313**

---

ARTHUR MATTHEWS NOWELL,

                    Plaintiff – Appellant,

          v.

TONY COOPER, Engineer Maintenance Supervisor (Professional
Hospitality Resources); MIAMI DAVIS, Assistant Engineer
Supervisor (Professional Hospitality Resources); DENA
CURRENT, Human Resource Manager (Professional Hospitality
Resources),

                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Mark S. Davis, District
Judge. (2:12-cv-00015-MSD-DEM)

---

Submitted: April 19, 2012          Decided: April 25, 2012

---

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Arthur Matthews Nowell, Appellant Pro Se.   Sara Berg Rafal,
WILLIAMS MULLEN, Virginia Beach, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Matthews Nowell appeals the district court's order granting Defendants' Fed. R. Civ. P. 12(b)(6) motion to dismiss his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Nowell v. Cooper, No. 2:12-cv-00015-MSD-DEM (E.D. Va. Feb. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED